## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAPLES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 12-948-LPS |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Data Carriers, LLC and defendant Staples, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND RELEASE AGREEMENT**" and dated July 12, 2013, with each party to bear its own costs, expenses and attorneys' fees.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Staples, Inc.*

August 15, 2013